| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

**AO-10 Rev. 1/2004**

**Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)**

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pannell, Charles A | District Court-N.D.of Georgia | 4/1/2004 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S.District Judge (active) | ( ) Nomination, Date ( ) Initial (•) Annual ( ) Final | 1/1/2003 to 12/31/2003 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 2367 U. S. Courthouse 75 Spring Street, S.W. Atlanta, Georgia 30303-3309 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Colonel | U. S. Army Reserves, Inactive |
| 2. | Co-Executor | Estate No. 1 |
| 3. | Operator | Farm #1 |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1999 | State of Georgia, Judicial Retirement, no control |
| 2. | 1999 | County Government, Georgia, employee retirement, no control |

RECEIVED 2004 APR -2 A 11:4? FINANCIAL DISCLOSURE C.

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1.    2003 | County School System |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE   - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Farmers State Bank | Mortgage on Property, 1/2 interest (Pt.VII, line 3) | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Pannell, Charles A | 4/1/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Timberland, Georgia, 1/3 Interest | | None | M | W | | | | | |
| 2. Rental Property #1 Georgia | B | Rent | K | W | | | | | |
| 3. Property (1/2 Int.) ▮▮▮ | | None | K | W | | | | | |
| 4. Estate #1 | E | Rent/Cap.Gai | O | W | Timber Sale | 12/31 | K | E | John Brewer |
| 5. - First National Bank (Savings Accounts) | A | Interest | M | T | | | | | |
| 6. - Cohutta Bank Account | A | Interest | J | T | | | | | |
| 7. - Easement to County | | None | J | T | Sell | 09/03 | J | C | County |
| 8. IRA #1 | | | | | | | | | |
| 9. - GBTB | B | Dividend | M | T | | | | | |
| 10. - Premier MMKT SHS Govt | A | Interest | J | T | Buy Quarterl | | J | | |
| 11. - Growth Fund of America | A | Dividend | J | T | | | | | |
| 12. IRA #2 | | | | | | | | | |
| 13. - GBTB | A | Div/Int | K | T | | | | | |
| 14. Deferred Compensation #1 | | | | | | | | | |
| 15. - NA Stock Index (SIF) | | None | K | T | Buy Monthly | | J | | |
| 16. - NA Social Awareness (SOC) | | None | K | T | Buy Monthly | | J | | |
| 17. - VNGRG Wellington (VWN) | | None | K | T | Buy Monthly | | J | | |
| 18. - PUTNM Global GR (PGE) | | None | J | T | Buy Monthly | | J | | |

1. Income/Gain Codes: (See Columns B1 and D4) A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3) J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes (See Column C2) Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pannell, Charles A | 4/1/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. - NA TROWE SCI & Tech (SCF) | | None | J | T | Buy Monthly | | J | | |
| 20. - Fixed Account Plus (FXP) | A | Interest | K | T | Buy Monthly | | J | | |
| 21. - FXP Employer Base | A | Interest | K | T | Buy Monthly | | J | | |
| 22. - FXP Employer Match | A | Interest | J | T | Buy Monthly | | J | | |
| 23. Brokerage Account #1 | | | | | | | | | |
| 24. - Synovus, Common Stock | A | Dividend | L | T | Buy | 03/13 | J | | |
| 25. | | | | | Buy Quarterl | | J | | |
| 26. - STI - Money Market (SEIXX) | A | Dividend | J | T | Buy Quarter | 01/31 | J | | |
| 27. | | | | | Partial Sale | 03/13 | J | | |
| 28. Wachovia Savings Account | A | Interest | J | T | | | | | |
| 29. Deferred Compensation #2 | | | | | | | | | |
| 30. - Fidelity OTC Portfolio | | None | | - | Sell | 08/01 | J | | Withdrawn |
| 31. - Georgia Fixed Income | B | Interest | J | T | Partial Sell | 03/03 | K | E | Withdrawn |
| 32. - Dodge & Cox Balanced Fund | A | Dividend | K | T | | | | | |
| 33. - MFS Research Fund | | None | | | Sell | 08/01 | J | C | Withdrawn |
| 34. - Euro Pacific Growth | | None | | | Sell | 08/01 | J | D | Withdrawn |
| 35. - Harbor Capital Apprec. Fund | | None | | | Sell | 08/01 | J | D | Withdrawn |
| 36. Deferred Compensation #3 | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pannell, Charles A | 4/1/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. - Euro Pacific Growth | A | Dividend | J | T | | | | | |
| 38. - Brown Capital Small Company | | None | J | T | | | | | |
| 39. - Columbia Real Estate Equity | A | Dividend | J | T | | | | | |
| 40. - Dodge & Cox Balanced Fund | A | Dividend | J | T | | | | | |
| 41. - Georgia Fixed Income | A | Interest | J | T | | | | | |
| 42. - Harbor Capital App. Fund | A | Dividend | J | T | | | | | |
| 43. - Invesco Dynamic Fund | | None | J | T | | | | | |
| 44. Brokerage Account #2 | | | | | | | | | Closed 12/12 |
| 45. - Putnam Money Market | A | Dividend | | | Acct Closed | 11/12 | J | | |
| 46. - Putnam Capital Appreciation | | None | | | Sell | 11/12 | J | | |
| 47. - Putnam Europe Growth | | None | | | Sell | 11/12 | J | | |
| 48. - Putnam Growth & Income | A | Dividend | | - | Sell | 11/12 | J | | |
| 49. - Putnam Growth Opportunities | | None | | | Sell | 11/12 | J | | |
| 50. - Putnam Health Sciences | | None | | | Sell | 11/12 | J | | |
| 51. - Putnam International Growth | | None | | | Sell | 11/12 | J | | |
| 52. - Putnam Voyager Fund II | | None | | | Sell | 11/27 | J | | |
| 53. - Putnam Voyager Fund | | None | | | Sell | 11/12 | J | | |
| 54. Brokerage Account #3 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pannell, Charles A | 4/1/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55.   - American Funds - Investment Company of America | A | Cap Gai/Div | K | T | | | | | |
| 56.   - American Funds - Growth Fund of America | A | Dividend | K | T | | | | | |
| 57.   - American Funds - Small Cap World Fund | A | Dividend | J | T | | | | | |
| 58.   - American Funds - New World Fund | A | Dividend | J | T | | | | | |
| 59.   - American Funds - EUPAC | A | Dividend | K | T | | | | | |
| 60.   First National Bank, Accounts | A | Interest | K | T | | | | | |
| 61.   Brokerage Account #4 | | | | | | | | | |
| 62.   - Money Market, FDRXX | A | Div/Int | J | T | Buy | 11/28 | J | | |
| 63.   County Federal Credit Union | A | Interest | J | T | | | | | |
| 64.   Roth IRA #1 | | | | | | | | | |
| 65.   - LSI | | None | J | T | | | | | |
| 66.   Roth IRA #2 | A | Div/Int | J | T | | | | | |
| 67.   Farm #2, ▮▮▮▮ limited interest | | None | L | W | Gift | 12/15 | K | | Exempt |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Part I.  POSITIONS:  Further clarification to Answer 3 "Operator".

This is a one-man operation on estate #1 property.  I have had cattle.  During this reporting period, I kept horses and cut hay on shares with a third party.

Part VII.  INVESTMENTS AND TRUSTS:

Item No. 4:  Estate timber sale, the estate was paid weekly as timber sold from Jan. 22 through December 31.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signa~~ture~~ _____   Date ___April 1, 2004___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544